Dismissed and Memorandum Opinion filed September 3,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00713-CR

____________

 

CHARLES HENRY FOWLER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
178th District Court

Harris County, Texas

Trial Court Cause No.
1170113

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed September 3, 2009.

Panel
consists of Justices Yates, Frost, and Brown.

Do not
publish.